Fourth Department. May 17, 1911.) Action by Minnie Hogan against Daniel O'Brian, as administrator, etc. No opinion. Judgment and order affirmed, with costs.

HOLMES, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Margaret F. Holmes against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

In re HOLYWELL. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of Effingham L. Holywell, an attorney. No opinion. Motion denied, without costs.

HOOKS, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Thomas J. Hooks against the City of Utica.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the evidence does not establish that plaintiff's fall occurred because of any defect in, or defective condition of, defendant's sidewalk, and that the verdict is excessive, in that plaintiff's disturbed mental condition was not shown by sufficient and competent evidence to be the result of his injury.

HOPLER, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Morgan W. Hopler against Masey J. Clark.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal.

SMITH, P. J., not voting.

HORNBOSTEL, Respondent, v. ZWISOHN, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Leopold Hornbostel against Isaac Zwisohn. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 N. Y. Supp. 1125.

HOWE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Marie Eva Howe against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground of errors in refusal to charge as requested, in reception of evidence, and excessive damages.

SPRING, J., not sitting.

HOWELL, Appellant, v. JOHNSON, Respondent. (Supreme Court, Appellate Division,

Fourth Department. May 24, 1911.) Action by Charles F. Howell against Walter B. Johnson. No opinion. Judgment affirmed, with costs.

HOWENSTEIN, Respondent, v. BRAUNLING et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Elmer E. Howenstein against George Braunling and others. J. W. Hutchinson, for appellants. H. M. Hitchings, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWORTH v. CITY REAL ESTATE CO. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by James M. Howorth against the City Real Estate Company. No opinion. Motion to dismiss appeal denied, without costs. Order filed.

In re HOYT. (Supreme Court, Appellate Division, First Department. June 2, 1911.) In the matter of Henry E. Hoyt, an attorney. No opinion. Proceedings dismissed. Settle order on notice.

HOYT, Respondent, v. O. M. EDWARDS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Harry Hoyt against the O. M. Edwards Company. No opinion. Order affirmed with costs.

HUBERT, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Joseph Hubert, an infant, by Eugene Hubert, his guardian ad litem, against the United Traction Company.

PER CURIAM. Judgment and order reversed, as against the evidence, and new trial granted, with costs to appellant to abide event.

BETTS, J., not sitting.

In re HUEG. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) In the matter of the application of Herman Hueg for a peremptory writ of mandamus, etc. PER CURIAM. Order affirmed, with $50 costs and disbursements.

JENKS, P. J., taking no part.

HUNZIKER, Respondent, v. NIAGARA, L. & O. POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Bessie Hunziker, as administratrix, etc., against the Niagara, Lockport & Ontario Power Company. No opinion. Judgment and order affirmed, with costs.

HUNZIKER, Respondent, v. NIAGARA, L. & O. POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by Bessie Hunziker, as administratrix, against the Niagara, Lockport & Ontario Power Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, supra.